IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

S.W.,

      Plaintiff,

vs.                                       Civ. No. 15-250 KG/JHR

THE GEO GROUP, INC.; and
JOHN/JANE DOEs (correction officers);
in their individual and official capacities;
WARDEN TIMOTHY B. HATCH,
in his individual and official capacity,

      Defendants.

### FINAL SUMMARY JUDGMENT AND ORDER OF DISMISSAL

Having granted Defendants' Motion for Summary Judgment and Memorandum of Law in

Support (Doc. 106) by entering a Memorandum Opinion and Order contemporaneously with this

Final Summary Judgment and Order of Dismissal,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendants The Geo Group, Inc., and

Warden Timothy B. Hatch;

2. Plaintiff's claims as to those Defendants are dismissed with prejudice;

3. Plaintiff's claims against Defendants John/Jane Doe corrections officers are dismissed

without prejudice; and

4. this lawsuit is now terminated.

_____
UNITED STATES DISTRICT JUDGE